Case 10-13468  Doc 2  Filed 10/12/10  Entered 10/12/10 16:12:07  Desc Main
Document      Page 1 of 1

FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

10-13468

In re: Tonie Annette Bond

Debtor(s)

Case No.: 
Chapter: 13

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

**DEBTOR(S):** (H) Tonie Annette Bond  S.S.# xxx-xx-6098
(W)  S.S.#

**ADDRESS:** 77 Charles Latham Drive
Jackson, TN 38301

**PLAN PAYMENT:** Debtor(s) to pay $ 643.00  (weekly, every two weeks, semi-monthly, monthly)

**PAYROLL DEDUCTION:** OR ( X ) DIRECT PAY

BECAUSE:

FIRST PAYMENT DATE:

**PLACE OF EMPLOYMENT:**

**ADMINISTRATIVE:** Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**RENT TO OWN:** Furniture World  MONTHLY PLAN PMT. $ paid outside

**HOME MORTGAGE:** If no arrearage, ongoing payments are to be paid directly by the debtor(s).
-NONE- Ongoing pmt. Begin N/A  $ N/A
Approx. arrearage N/A  Interest N/A %  $ N/A

**SECURED CREDITORS;** (retain lien 11 U.S.C. Sec. 1325{a}{5})

| Creditor | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| Americredit | $ 18,410.21 | 8.00 % | $ 400.00 |
| Credit Central | $ 524.00 | 8.00 % | $ 12.00 |
| First Heritage | $ 1,500.00 | 10.00 % | $ 34.00 |
| Heights Finance | $ 968.00 | 10.00 % | $ 25.00 |
| Jackson Credit | $ 530.00 | 8.00 % | $ 12.00 |
| World Finance | $ 2,520.00 | 8.00 % | $ 60.00 |

**UNSECURED CREDITORS:** Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;

*First Heritage;Advance America;AFNI;Auto Credit;Cash Express;City Check Advance;Credit One Bank;Enhanced Recovery Corp;Family & Cosmetic Dentistry of Jackson;First Premier Bank;First Premier Bank;HSBC;HSBC Bank;Money Now;Money Now;MSCB;Portfolio Recovery;Security Finance;Title Cash;

*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

**ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:** $8,092.00

**TERMINATION:** Plan shall terminate upon payment of the above, approximately 60 months.

**OTHER PROVISIONS:**
Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection: Americredit $100.00, First Heritage Credit $10.00, World Finance $15.00, Credit Central $10.00, Jackson Credit $10.00, Heights Finance $10.00

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

**DEBTOR'S ATTORNEY:** Robert B. Vandiver, Jr.
Robert B.Vandiver, Jr.
P.O.Box 906
227 W. Baltimore
Jackson, TN 38302-0906
731-554-1313